VILLAGE OF RIDGEWOOD v. THE BOLGER FOUNDATION.

BOROUGH OF MIDLAND PARK v. THE
BOLGER FOUNDATION.

October 15, 1985.

Petitions for certification granted.   (See 202 *N.J.Super.* 474)

STATE OF NEW JERSEY v. IRVING YOUNG.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD MAXEY.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEVIS MILLIGAN.

October 15, 1985.

Petition for certification denied.